# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAFAEL VILLAREAL-ALANIS,<br>Defendant. | Case No. 19CR0686-CAB<br>**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss this case without prejudice, and in the interest of justice, IT IS HEREBY ORDERED the Indictment in the above-entitled action shall be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 15, 2019

Honorable Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE